UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:12-00022 |
| ) | JUDGE KEVIN H. SHARP |
| CHADWIN BLAKE GREENWOOD ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue (Docket No. 32) to which the Government does not oppose.

The motion is GRANTED and the revocation hearing set for October 11, 2012 is hereby continued to October 29, 2012 at 1:30 p.m.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE