AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

CHADWIN BLAKE GREENWOOD

Case Number: 3:12-00022
USM Number: 41933-074

B.F. Jack Lowery
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilty to violation of condition(s) __One and Two__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | The Defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | January 27, 2012 |
| 2. | The Defendant shall not associate with any persons engaged in criminal activity. | February 3, 2012 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 8138

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Cookeville, TN 38501

October 29, 2012
Date of Imposition of Judgment

_/s/ Kevin H. Sharp_
Signature of Judge

Kevin H. Sharp, United States District Judge
Name and Title of Judge

October 29, 2012
Date

DEFENDANT: CHADWIN BLAKE GREENWOOD     Judgment — Page 2 of 2
CASE NUMBER: 3:12-00022

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of of six months.

No period of Supervised Release is imposed.

    __X__     The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that that the Defendant be incarcerated at a federal facility near Buckner, North Carolina, subject to his classification and the availablity of space at the institution.

    __X__     The Defendant is remanded to the custody of the United States Marshal.

    ____     The Defendant shall surrender to the United States Marshal for this District:

        ____    at _____ p.m. on _____

        ____    as notified by the United States Marshal.

    ____     The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

        ____    before 2 p.m. on _____

        ____    as notified by the United States Marshal.

        ____    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

                                      _____
                                      United States Marshal

                                      By: _____
                                      Deputy United States Marshal